**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION INC.,**

    **Plaintiff,**

v.                                                      Case No: 8:16-cv-3106-MSS-TGW

**AGFA HEALTHCARE CORPORATION, INC.,**

    **Defendant.**
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    **THIS CAUSE** comes before the Court upon consideration of Plaintiff's Response to Venue Order, requesting that the Court dismiss this case without prejudice. (Dkt. 72) Accordingly, it is hereby

    **ORDERED** that this case is **DISMISSED without prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida, this 29th day of January, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:    All Counsel of Record
                All Pro Se Parties